# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CLEMENTINA A.[1], <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>MARTIN O'MALLEY[2], Commissioner of Social Security, <br><br>　　　　　Defendant. | Case No. EDCV 22-01750-AS <br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the

---

　　[1]　Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

　　[2]　Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Martin O'Malley is hereby substituted as the Defendant in this action.

matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

Dated: June 13, 2024

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE